

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2014

No. 04-14-00108-CV

**IN THE INTEREST OF N.I.V.S. AND M.C.V.S., MINOR CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20008
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

The clerk's record was due June 11, 2014, but was not filed. On June 16, 2014, the clerk filed a notification of late record stating the clerk's record was not filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and appellant was not entitled to the record without paying the fee. Accordingly, we ordered appellant Dino Villarreal to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1 and 35.3(a).

On June 24, 2014, appellant provided proof of payment for the clerk's record. We therefore **ORDER** the district clerk to file the clerk's record in this court on or before **July 28, 2014**.

We order the clerk of this court to serve a copy of this order on all counsel and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court